**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THE PEOPLE OF THE STATE OF
MICHIGAN,

               Plaintiff,

    v.

EXPRESS SCRIPTS, INC.; EVERNORTH
HEALTH, INC., formerly known as Express
Scripts Holding Company; and PRIME
THERAPEUTICS LLC,

               Defendants.

Case No. 2:25-cv-11215-JJCG-KGA

Hon. Jonathan J.C. Grey

**NOTICE OF APPEARANCE**

To:    Clerk of the Court
        All counsel of record

PLEASE TAKE NOTICE that Scott T. Seabolt (P55890) of the law firm Hickey Hauck

Bishoff Jeffers & Seabolt, PLLC, hereby enters an appearance on behalf of Prime Therapeutics

LLC in the above-captioned action.

Dated: May 30, 2025

Respectfully submitted,

/s/ *Scott T. Seabolt*
Scott T. Seabolt (P55890)
**HICKEY HAUCK BISHOFF JEFFERS
& SEABOLT, PLLC**
706 South Main Street
Plymouth, MI 48170
(734) 544-5525
sseabolt@hhbjs.com

Timothy G. Cameron (admitted 5/30/2025)
Andrew C. Finch (admission pending)
Michael J. Zaken (admission pending)

1

**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
tcameron@cravath.com
afinch@cravath.com
mzaken@cravath.com

*Counsel for Defendant Prime Therapeutics
LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System to their respective email addresses disclosed on the Notice of Electronic Filing on May 30, 2025.

/s/ Scott T. Seabolt
Scott T. Seabolt