**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THE PEOPLE OF THE STATE OF
MICHIGAN,

                Plaintiff,

    v.

EXPRESS SCRIPTS, INC.; EVERNORTH
HEALTH, INC., formerly known as Express
Scripts Holding Company; and PRIME
THERAPEUTICS LLC,

                Defendants.

Case No. 2:25-cv-11215-JJCG-KGA

Hon. Jonathan J.C. Grey

**STIPULATION REGARDING THE DEADLINE FOR DEFENDANT PRIME
THERAPEUTICS LLC TO RESPOND TO THE COMPLAINT**

Plaintiff, the People of the State of Michigan, and Defendant Prime Therapeutics LLC

("Prime"), by their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on April 28, 2025, Plaintiff filed a Complaint against Prime (Dkt. No. 1);

WHEREAS, on May 12, 2025, Plaintiff served on Prime a Summons and Complaint in

the above-captioned matter by serving the same on Prime's agent Corporation Trust Company

(Dkt. No. 7);

WHEREAS, on May 27, 2025, the Parties met and conferred regarding an extension to

the deadline for Prime to respond to the Complaint; and

WHEREAS, the Parties agreed to conduct a Rule 26(f) conference no later than June 18,

2025;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff

and Prime, subject to the Court's approval, that:

1

1.      The deadline for Prime to answer or otherwise respond to the Complaint is extended to **July 25, 2025**.  If Prime chooses to respond by filing any motions pursuant to Rule 12 of the Federal Rules of Civil Procedure, Plaintiff shall have until **September 17, 2025** to respond in opposition to any such motions, and Prime shall have until **October 16, 2025** to reply to such opposition.

2.      Nothing herein, including the execution of this Stipulation by Prime, shall waive, preclude, or limit in any way any and all defenses, rights (whether substantive or procedural), objections, positions or arguments in this litigation, all of which are preserved in full.

Dated:  May 30, 2025                              Respectfully submitted,


/s/ *Natasha J. Fernández-Silber* (w/ permission)
Natasha J. Fernández-Silber (P83334)
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
nfernandezsilber@edelson.com

*Counsel for Plaintiff the People of the State of Michigan*

2

/s/ *Scott T. Seabolt*

Scott T. Seabolt (P55890)
**HICKEY HAUCK BISHOFF JEFFERS
& SEABOLT, PLLC**
706 South Main Street
Plymouth, MI 48170
(734) 544-5525
sseabolt@hhbjs.com

Timothy G. Cameron (admitted)
Andrew C. Finch (admission pending)
Michael J. Zaken (admission pending)
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
tcameron@cravath.com
afinch@cravath.com
mzaken@cravath.com

*Counsel for Defendant Prime Therapeutics
LLC*

3

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

THE PEOPLE OF THE STATE
OF MICHIGAN,

      Plaintiff,

v.

                               Case No. 25-11215

                               Hon. Jonathan J.C. Grey

EXPRESS SCRIPTS, INC., et al.

      Defendants.

_____/

## PROPOSED ORDER REGARDING THE DEADLINE FOR DEFENDANT PRIME THERAPEUTICS LLC TO RESPOND TO THE COMPLAINT

Pursuant to the stipulation regarding the deadline for Defendant Prime Therapeutics LLC ("Prime") to respond to the complaint, dated May 28, 2025,

**IT IS HEREBY ORDERED** that:

1.     The deadline for Prime to answer or otherwise respond to the complaint filed by Plaintiff in the above-captioned matter (ECF No. 1) is extended to **July 25, 2025**.  If Prime chooses to respond by filing any motions pursuant to Rule 12 of the Federal Rules of Civil Procedure, Plaintiff shall have until **September 17, 2025** to respond in opposition

to any such motions, and Prime shall have until **October 16, 2025** to reply to such opposition.

2.     Nothing herein, including the execution of this stipulation by Prime, shall waive, preclude, or limit in any way any and all defenses, rights (whether substantive or procedural), objections, positions or arguments in this litigation, all of which are preserved in full.

**SO ORDERED.**

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
Date:  May 30, 2025                    United States District Judge

2

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 30, 2025.

<u>s/ **S. Osorio**</u>
Sandra Osorio
Case Manager