# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE STATE OF MICHIGAN,<br><br>*Plaintiff,*<br><br>v.<br><br>EXPRESS SCRIPTS, INC.; EVERNORTH HEALTH, INC., formerly known as Express Scripts Holding Company; and PRIME THERAPEUTICS LLC,<br><br>*Defendants.* | Case No. 2:25-cv-11215-JJCG-KGA<br><br>Hon. Jonathan J.C. Grey |

## STATEMENT OF DISCLOSURE OF
## CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4 and Fed. R. Civ. P. 7.1, Defendants Evernorth Health, Inc. and Express Scripts, Inc. make the following disclosures.[1]

### PART I – CITIZENSHIP

☐ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

☐ This party is a corporation incorporated in the State of _____ and with a principal place of business in the State of _____.

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company. If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

☐ This party is a trust. If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

## PART II – FINANCIAL AFFILIATIONS

☐ None of the entries below applies to this party.

x This party has one or more parent entities. If so, identify all parent entities.

    1.    The sole parent company of Express Scripts, Inc. is Evernorth Health, Inc., and no other publicly held corporation owns 10% or more of its stock.

    2.    All interests in Evernorth Health, Inc. are held by The Cigna Group, a publicly traded company. The Cigna Group has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

x This party has one or more subsidiaries. If so, identify all subsidiaries.

    In addition to the affiliations noted above, see Attachment A.

x This party has one or more affiliates. If so, identify all affiliates.

    In addition to the affiliations noted above, see Attachment A.

x An entity, not a party to this action, has at least a 10% percent ownership interest in this party. If so, identify all such owners.

> All interests in Evernorth Health, Inc., are held by The Cigna Group, a publicly traded company. The Cigna Group has no parent corporation, and no publicly held corporation owns 10% or more of its stock. There is no other entity, not a party to this action, that has at least a 10% ownership interest in Express Scripts, Inc. or Evernorth Health, Inc.

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation. If so, identify each such entity's financial interest in the litigation.

>Signature: /s/ Howard B. Iwrey
>Printed Name: Howard B. Iwrey
>Bar Number: P39635
>Firm Name: DYKEMA GOSSETT PLLC
>Address: 39577 Woodward Avenue, Suite 300
>City, State, Zip Code: Bloomfield Hills, MI 48304
>Phone: 248-203-0770
>Email Address: hiwrey@dykema.com

Date: July 9, 2025