**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THE PEOPLE OF THE STATE
OF MICHIGAN,

                                    Plaintiff,

            -against-

EXPRESS SCRIPTS, INC.;
EVERNORTH HEALTH, INC.,
formerly known as Express
Scripts Holding Company; and
PRIME THERAPEUTICS LLC,

                                    Defendants.

2:25-cv-11215-JJCG-KGA

Hon. Jonathan J.C. Grey

## DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL AN EXHIBIT TO THEIR FORTHCOMING MOTION TO DISMISS

For the reasons set forth in the accompanying Brief, pursuant to Local Rule 5.3(b), Defendants Express Scripts, Inc. ("ESI"), Evernorth Health, Inc., and Prime Therapeutics, LLC ("Prime") (collectively, "Defendants"), by and through their undersigned counsel, respectfully move this Court for leave to file under seal (1) an exhibit to their forthcoming Motion to Dismiss ("Motion") and (2) an unredacted version of the Motion that includes reference to that Exhibit.  Defendants will publicly file a redacted version of the Motion.

Defendants sought concurrence from Plaintiff prior to filing this motion but Plaintiff did not take a position at the time.  The State will provide its position at or before the time its response is due.

A [Proposed] Order will be submitted directly to the Court for the Court's review and approval.

Dated:  July 24, 2025           Respectfully submitted,

/s/ *Timothy G. Cameron*

Timothy G. Cameron
Andrew C. Finch
Michael J. Zaken
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
tcameron@cravath.com
afinch@cravath.com
mzaken@cravath.com

Scott T. Seabolt (P55890)
**HICKEY HAUCK BISHOFF**
**JEFFERS & SEABOLT, PLLC**
706 South Main Street
Plymouth, MI 48170
(734) 544-5525
sseabolt@hhbjs.com

*Counsel for Defendant Prime*
*Therapeutics LLC*

2

/s/ *Meghan McCaffrey* (with permission)
Howard B. Iwrey (P39635)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0700
hiwrey@dykema.com

Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
2723 South State Street, Suite 400
Ann Arbor, MI 48104
(734) 214-7655
crockey@dykema.com

Mike Bonnano (admission forthcoming)
Meghan McCaffrey
Alec Levy
Michael Sebring
**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
mikebonanno@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
aleclevy@quinnemanuel.com
michaelsebring@quinnemanuel.com

*Counsel for Defendants Express Scripts,
Inc. and Evernorth Health, Inc.*

3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>                              Plaintiff,<br><br>          -against-<br><br>EXPRESS SCRIPTS, INC.;<br>EVERNORTH HEALTH, INC.,<br>formerly known as Express<br>Scripts Holding Company; and<br>PRIME THERAPEUTICS LLC,<br>                              Defendants. | 2:25-cv-11215-JJCG-KGA<br><br>Hon. Jonathan J.C. Grey |

## BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL AN EXHIBIT TO THEIR MOTION TO DISMISS

Defendants Express Scripts, Inc. ("ESI"), Evernorth Health, Inc., and

Prime Therapeutics, LLC ("Prime") (collectively, "Defendants") will be

filing a Motion to Dismiss on July 25, 2025. They intend to attach as an

exhibit to that Motion the December 19, 2019 contract between Prime and

Express Scripts, Inc. titled "Pharmacy Benefits Management Services

Subcontract Agreement" ("Subcontract Agreement"), with amendment

thereto.  This is the agreement at issue in the State's Complaint.  It is being

submitted with this Brief, under seal, as Exhibit A.

As discussed below, the Subcontract Agreement contains confidential information, so pursuant to Local Rule 5.3(b), Defendants move to file that agreement, and an unredacted version of the Motion that discusses that agreement, under seal. Defendants will publicly file a redacted version of the Motion.  Local Rule 5.3(b)(2) states that when sealing items is not authorized by statute, a party's request to seal such a document must be "narrowly tailored."  As Exhibit A contains a large volume of confidential and sensitive business information, sealing the entirety of the exhibit is necessary to prevent the public disclosure of that information.

Although the public right of access to trials is well established, *see, e.g.*, *Brown & Williamson Tobacco Corp. v. F.T.C.,* 710 F.2d 1165, 1179 (6th Cir. 1983), the right of access to litigation materials "is not absolute." *Id*.  Courts may limit access to proceedings to protect privacy rights of participants and third parties, as well as trade secrets.  *Id*.  The determination on a motion for leave to file under seal is subject to the sound discretion of the district court. *Meyer Goldberg, Inc. v. Fisher Foods, Inc.,* 823 F.2d 159, 161 (6th Cir. 1987).

Courts in this circuit regularly grant motions to seal documents containing sensitive business information, particularly at early stages in the litigation.  *See, e.g.*, *Bollinger v. Bollinger Motors, Inc.*, No. 2:25-CV-

10790, 2025 WL 1293353, at *2-3 (E.D. Mich. May 5, 2025); *In re Chrysler Pacifica Fire Recall Prods. Liab. Litig.*, No. 22-3040, 2024 WL 4581119, at *2 (E.D. Mich. June 17, 2024).  This court has recently granted several similar requests.  *See, e.g.*, Order Granting Defendant's Motion for Leave to File Under Seal Certain Exhibits to its Opposition to Plaintiffs' Motion for Leave to Take Additional Depositions, *Blue Cross Blue Shield of Mich. Mut. Ins. Co. et al. v. Express Scripts, Inc.*, 2:23-cv-11213 (E.D. Mich. Mar. 6, 2025), ECF No. 79; Order Granting Defendants' Unopposed Motion for Leave to File [Certain Exhibits to its Motion to Dismiss] Under Seal, *Vitamin Energy, Inc. v. Bhargava et al.*, 2:24-cv-13125 (E.D. Mich. Feb. 10, 2025), ECF No. 18.

Exhibit A memorializes confidential and non-public terms of a pharmacy benefits management services subcontract agreement between Prime and ESI that includes competitively sensitive information about pharmacy networks, as well as detailed descriptions of Defendants' operations and business processes, performance and performance standards, financial information, and customers.  Exhibit A also contains information that affects a number of non-party privacy interests, such as details of pharmacy financial information.  These pharmacies have a significant interest in keeping, and indeed are even obligated to keep, this information

3

confidential. Because the exhibit includes sensitive confidential business information, Defendants, as well as third parties, will suffer clearly defined and serious injury if the exhibit is not sealed, and all of the information contained therein is revealed to the public and competitors.

For the reasons set forth above, Defendants respectfully request that the court grant its Motion for Leave to File Under Seal.

Dated: July 24, 2025

Respectfully submitted,

/s/ *Timothy G. Cameron*

Timothy G. Cameron
Andrew C. Finch
Michael J. Zaken
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
tcameron@cravath.com
afinch@cravath.com
mzaken@cravath.com

Scott T. Seabolt (P55890)
**HICKEY HAUCK BISHOFF**
**JEFFERS & SEABOLT, PLLC**
706 South Main Street
Plymouth, MI 48170
(734) 544-5525
sseabolt@hhbjs.com

*Counsel for Defendant Prime*
*Therapeutics LLC*

4

/s/ *Meghan McCaffrey* (with permission)
Howard B. Iwrey (P39635)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0700
hiwrey@dykema.com

Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
2723 South State Street, Suite 400
Ann Arbor, MI 48104
(734) 214-7655
crockey@dykema.com

Mike Bonnano (admission forthcoming)
Meghan McCaffrey
Alec Levy
Michael Sebring
**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
mikebonanno@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
aleclevy@quinnemanuel.com
michaelsebring@quinnemanuel.com

*Counsel for Defendants Express Scripts,
Inc. and Evernorth Health, Inc.*

5