UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE PEOPLE OF THE STATE OF
MICHIGAN,

    Plaintiff,

v

EXPRESS SCRIPTS, INC.;
EVERNORTH HEALTH, INC.,
formerly known as Express Scripts
Holding Company; and PRIME
THERAPEUTICS LLC,

    Defendants.

No. 2:25-cv-11215

HON. JONATHAN J.C. GREY

MAG. KIMBERLY G. ALTMAN

| | |
|---|---|
| Natasha J. Fernández-Silber (P83334)<br>EDELSON PC<br>Attorney for Plaintiff<br>350 North LaSalle St., 14th Floor<br>Chicago, IL  60654<br>(312) 589-6370<br>nfernandezsilber@edelson.com | Jonathan S. Comish (P86211)<br>Attorney for Plaintiff<br>Michigan Dep't of Attorney General<br>Corporate Oversight Division<br>P.O. Box 30736<br>Lansing, MI  48909<br>(517) 335-7632<br>ComishJ@michigan.gov |

/

**APPEARANCE OF COUNSEL**

    PLEASE TAKE NOTICE that Jonathan Comish, Assistant Attorney General, hereby enters his appearance of behalf of the People of the State of Michigan in the above matter.

                                            Respectfully submitted,

                                            Jonathan Comish (P86211)
                                            Assistant Attorney General
                                            Attorney for Plaintiff
                                            Corporate Oversight Division
                                            P.O. Box 30736
                                            Lansing, MI  48909
                                            (517) 335-7632
                                            ComishJ@michigan.gov

Dated:  July 31, 2025

2