UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

THE STATE OF MICHIGAN,

*Plaintiff,*

v.

EXPRESS SCRIPTS, INC.;
EVERNORTH HEALTH, INC.,
formerly known as Express Scripts
Holding Company; and PRIME
THERAPEUTICS LLC,

*Defendants.*

Case No. 2:25-cv-11215-JJCG-KGA

Hon. Jonathan J.C. Grey

Hon. Kimberly G. Altman

### THE STATE OF MICHIGAN'S MOTION FOR LEAVE TO PROVISIONALLY FILE UNDER SEAL PORTIONS OF THEIR MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Pursuant to the Stipulated Protective Order ("Protective Order") entered in the above captioned matter, Dkt. No. 24 at 29-30, and Local Rule 5.3(b), Plaintiff, the Attorney General of Michigan (the "State"), acting on behalf of the People by and through their undersigned counsel, respectfully moves this Court for leave to provisionally file under seal an unredacted version of its Memorandum in Opposition to Defendants' Motion to Dismiss ("Memorandum"). The State will publicly file a redacted version of its Memorandum.

1

A [Proposed] Order will be submitted directly to the Court for the court's review and approval.

Respectfully submitted,

*/s/ Natasha J. Fernández-Silber*
Natasha J. Fernández-Silber* (P83334)
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: (312) 589-6370
nfernandezsilber@edelson.com
*Admitted in New York and Michigan only

*Special Acting Attorney General*
*for the State of Michigan*

*/s/ Jonathan S. Comish*
Jonathan S. Comish (P86211)
**MICHIGAN DEPARTMENT OF**
**ATTORNEY GENERAL**
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Tel: (517) 335-7632
comishj@michigan.gov

*Assistant Attorney General for the State of*
*Michigan*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE STATE OF MICHIGAN, | Case No. 2:25-cv-11215-JJCG-KGA |
| *Plaintiff,* | |
| *v.* | Hon. Jonathan J.C. Grey |
| | Hon. Kimberly G. Altman |
| EXPRESS SCRIPTS, INC.; EVERNORTH HEALTH, INC., formerly known as Express Scripts Holding Company; and PRIME THERAPEUTICS LLC, | |
| *Defendants.* | |

**BRIEF IN SUPPORT OF THE STATE OF MICHIGAN'S MOTION FOR LEAVE TO PROVISIONALLY FILE UNDER SEAL PORTIONS OF THEIR MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, the Attorney General of Michigan (the "State"), acting on behalf of the People will be filing its Memorandum in Opposition to Defendants' Motion to Dismiss ("Memorandum") on September 17, 2025.

In its Memorandum, the State quotes and refers to a document that Defendants filed under seal in support of their Motion to Dismiss and designated "Highly Confidential" pursuant to the Protective Order. *See* Dkt. No. 26. In accordance with the Protective Order, should the Defendants choose to maintain the sealing, they

1

shall file a motion within fourteen days requesting the Court's permission to do so.

*See* Dkt. No. 24 at 30.

For the reasons set forth above, the State respectfully requests that the Court

grant its Motion for Leave to File Under Seal.

Respectfully submitted,

*/s/ Natasha J. Fernández-Silber*
Natasha J. Fernández-Silber* (P83334)
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: (312) 589-6370
nfernandezsilber@edelson.com
*Admitted in New York and Michigan only

*Special Acting Attorney General*
*for the State of Michigan*

*/s/ Jonathan S. Comish*
Jonathan S. Comish (P86211)
**MICHIGAN DEPARTMENT OF**
**ATTORNEY GENERAL**
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Tel: (517) 335-7632
comishj@michigan.gov

*Assistant Attorney General for the State of*
*Michigan*