**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

THE STATE OF MICHIGAN,

      Plaintiff,

v.

EXPRESS SCRIPTS, INC., et al.,

      Defendants.

Case No. 2:25-cv-11215

Hon. Jonathan J.C. Grey

Hon. Kimberly G. Altman

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROVISIONALLY FILE UNDER SEAL PORTIONS OF THEIR MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (ECF No. 35)**

Having reviewed and considered Plaintiff The State of Michigan's Motion for Leave to Provisionally File Under Seal Portions of Their Memorandum in Opposition to Defendants' Motion to Dismiss (ECF No. 35), the Court hereby **GRANTS** the motion. If Defendants seek to maintain the filing under seal they shall, within fourteen days, file a motion to do so.

      **SO ORDERED.**

Dated: September 18, 2025      **s/ JONATHAN J.C. GREY**
                                   Jonathan J.C. Grey
                                   United States District Judge

2

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 18, 2025.

<u>**s/ S. Osorio**</u>
Sandra Osorio
Case Manager

2