UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| THE STATE OF MICHIGAN, <br><br> *Plaintiff,* <br><br> *v.* <br><br> EXPRESS SCRIPTS, INC.; EVERNORTH HEALTH, INC., formerly known as Express Scripts Holding Company; and PRIME THERAPEUTICS LLC, <br><br> *Defendants.* | Case No. 2:25-cv-11215-JJCG-KGA <br><br> Hon. Jonathan J.C. Grey <br><br> Hon. Kimberly G. Altman |

**STIPULATION REGARDING THE STATE'S AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING**

Plaintiff, the People of the State of Michigan (the "State"), and Defendants

Express Scripts, Inc. ("ESI"), Evernorth Health, Inc. ("Evernorth"), and Prime

Therapeutics LLC ("Prime," and together with ESI and Evernorth, "Defendants"),

by their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on April 28, 2025, the State filed its original complaint in this

matter (ECF No. 1);

WHEREAS, on July 25, 2025, Defendants filed a Joint Motion to Dismiss

the State's complaint (ECF No. 28);

1

WHEREAS, in September 2025, the State was alerted to the fact that Walgreens disputed an allegation in the State's original complaint concerning the number of Walgreens that had closed in the State since 2024 (*see* ECF No. 1 ¶ 52);

WHEREAS, on September 22, 2025, the State sought Defendants' consent to file an amended complaint that modifies the allegation that Walgreens disputed;

WHEREAS, the Parties met-and-conferred on September 30, 2025 to discuss the States's proposed amendment;

WHEREAS, Defendants consented to the State's filing of an amended complaint, subject to the below stipulations;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, subject to the Court's approval, that:

1.      The State shall file an amended complaint that makes the following amendment to the second sentence in Paragraph 52: "Since 2024, ~~at least 70~~ numerous Walgreens and 185 Rite Aid pharmacies have closed in Michigan alone."

2.      The amended complaint shall remain the same in all other respects, including the numbering of paragraphs.

3.      Defendants' Joint Motion to Dismiss and related briefing (ECF Nos. 28 and 37) shall apply to the amended complaint, which shall become the operative complaint.

4.     To enable Defendants to address the State's new allegation in its Amendment to Paragraph 52, Defendants may have one additional page for their forthcoming Reply Brief in support of Defendants' Joint Motion to Dismiss.

5.     Defendants' consent to the amendment does not in any way constitute an agreement with or endorsement of the State's amendment and Defendants continue to maintain that the State's complaint fails to state a claim and should be dismissed.

6.     Defendants reserve all rights.

Dated: October 1, 2025

Respectfully submitted,


/s/ *Natasha J. Fernández-Silber*
Natasha J. Fernández-Silber* (P83334)
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
nfernandezsilber@edelson.com
*Admitted in New York and Michigan only

*Special Acting Attorney General
for the State of Michigan*

/s/ *Jonathan S. Comish*
Jonathan S. Comish (P86211)
**MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL**
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Tel: (517) 335-7632
comishj@michigan.gov

*Assistant Attorney General for the State of
Michigan*


/s/ *Timothy G. Cameron*
Timothy G. Cameron
Andrew C. Finch
Michael J. Zaken
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
tcameron@cravath.com

4

afinch@cravath.com
mzaken@cravath.com

Scott T. Seabolt (P55890)
**HICKEY HAUCK BISHOFF**
**JEFFERS & SEABOLT, PLLC**
706 South Main Street
Plymouth, MI 48170
(734) 544-5525
sseabolt@hhbjs.com

*Counsel for Defendant Prime*
*Therapeutics LLC*


*/s/ Mike Bonanno*

Mike Bonanno
Meghan McCaffrey
Alec Levy
Michael Sebring
QUINN EMANUEL URQUHART &
SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel:  (202) 538-8000
mikebonanno@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
aleclevy@quinnemanuel.com
michaelsebring@quinnemanuel.com

Howard B. Iwrey (P39635)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0700
hiwrey@dykema.com

Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
2723 South State Street, Suite 400

5

Ann Arbor, MI 48104
(734) 214-7655
crockey@dykema.com

*Counsel for Defendants Express Scripts,
Inc. and Evernorth Health, Inc.*