UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE STATE OF MICHIGAN,<br><br>       *Plaintiff,*<br><br>       *v.*<br><br>EXPRESS SCRIPTS, INC.;<br>EVERNORTH HEALTH, INC.,<br>formerly known as Express Scripts<br>Holding Company; and PRIME<br>THERAPEUTICS LLC,<br><br>       *Defendants.* | Case No. 2:25-cv-11215-JJCG-KGA<br><br><br>Hon. Jonathan J.C. Grey<br><br>Hon. Kimberly G. Altman |

**JOINT MOTION FOR ENTRY OF
PROPOSED ORDERS REGARDING PRODUCTION OF
ELECTRONICALLY STORED INFORMATION AND HARD
<u>COPY DOCUMENTS AND LOGGING OF PRIVILEGED DOCUMENTS</u>**

The People of the State of Michigan (the "State") and Defendants Express

Scripts, Inc. ("ESI"), Evernorth Health, Inc. ("Evernorth"), and Prime Therapeutics

LLC ("Prime") jointly submit a Proposed Order Regarding Production of

Electronically Stored Information and Hard Copy Documents (attached hereto as

Exhibit A) and a Proposed Order Regarding Logging of Privileged Documents

(attached hereto as Exhibit B) each containing a number of disputed provisions. In

accordance with the Parties stipulation, ECF No. 39, Defendants and the State will file briefing in support of their respective provisions on October 23, 2025.

Dated: October 16, 2025

Respectfully submitted,

*/s/ Natasha J. Fernández-Silber*
Natasha J. Fernández-Silber*(P83334)
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
nfernandezsilber@edelson.com
*Admitted in New York and Michigan
only

*Special Acting Attorney General
for the State of Michigan*

*/s/ Jonathan S. Comish*
Jonathan S. Comish (P86211)
**MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL**
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Tel: (517) 335-7632
comishj@michigan.gov

*Assistant Attorney General for the State of
Michigan*

*/s/ Timothy G. Cameron*
Timothy G. Cameron
Andrew C. Finch

2

Michael J. Zaken
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
tcameron@cravath.com
afinch@cravath.com
mzaken@cravath.com

Scott T. Seabolt (P55890)
**HICKEY HAUCK BISHOFF JEFFERS & SEABOLT, PLLC**
706 South Main Street
Plymouth, MI 48170
(734) 544-5525
sseabolt@hhbjs.com

*Counsel for Defendant Prime Therapeutics LLC*

*/s/ Mike Bonanno*
Mike Bonanno
Meghan McCaffrey
Alec Levy
Michael Sebring
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
mikebonanno@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
aleclevy@quinnemanuel.com
michaelsebring@quinnemanuel.com

Howard B. Iwrey (P39635)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0700
hiwrey@dykema.com

3

Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
2723 South State Street, Suite 400
Ann Arbor, MI 48104
(734) 214-7655
crockey@dykema.com

*Counsel for Defendants Express Scripts, Inc. and Evernorth Health, Inc.*