**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THE PEOPLE OF THE STATE
OF MICHIGAN,

        Case No. 25-cv-11215

      Plaintiff,

        Hon. Jonathan J.C. Grey

v.

EXPRESS SCRIPTS, INC., et al.,

      Defendants.

_____/

**<u>ORDER GRANTING IN PART AND DENYING IN PART THE
PARTIES' STIPULATIONS (ECF NO. 40), AND DENYING
WITHOUT PREJUDICE (ECF Nos. 25, No. 26, 28, 47)</u>**

On April 28, 2025, Plaintiff State of Michigan (the "State") filed its original complaint. (ECF No. 1.) On July 25, 2025, defendants filed a motion to dismiss. (ECF No. 28.) On October 1, 2025, the State filed an amended complaint. (ECF No. 41.)

Presently before the Court are the following four motions and one stipulation: (1) a July 23, 2025 motion to stay discovery pending the resolution of defendants' forthcoming motion to dismiss (ECF No. 25); (2) a July 24, 2025 motion for leave to file under seal an exhibit to defendants' forthcoming motion to dismiss (ECF No. 26); (3) a July 25,

2025 joint motion to dismiss the State's complaint (ECF No. 28); (4) an October 1, 2025 stipulation that: (a) the State could file an amended complaint; (b) defendants' earlier motion to dismiss could apply to the amended complaint; and (c) defendants could receive an extra page for their reply brief. (ECF No. 40); and (5) a November 21, 2025 motion for leave to file a notice of supplemental authority in support of its opposition to Defendants' motion to dismiss (ECF No. 47.)

As to the parties' October 1, 2025 stipulation (ECF No. 40), the Court reminds the parties that stipulations of this kind must be agreed upon **and approved by the Court**.  The Court further reminds the parties that they must file a motion for leave to file a brief in excess of the page limit previously approved and ordered by the Court (*see* ECF No. 20) before submitting a brief that exceeds the page limit.

Having reviewed and considered the stipulation, the Court **HEREBY GRANTS IN PART and DENIES IN PART** the parties' stipulation. (ECF NO. 40.) The Court **GRANTS** the State permission to file an amended complaint. The Amended Complaint (ECF No. 41) shall now be the operative complaint in this matter. The Court **DENIES** all other aspects of the stipulation found in ECF No. 40.

Given the filing of the amended complaint, the Court **DENIES WITHOUT PREJUDICE** the following motions:

- Defendants' motion to stay discovery pending the resolution of their forthcoming motion to dismiss (ECF No. 25);

- Defendants' motion for leave to file under seal an exhibit to their forthcoming motion to dismiss (ECF No. 26);

- Defendants' joint motion to dismiss (ECF No. 28); and

- The State's motion for leave to file a notice of supplemental authority in support of its opposition to defendants' motion to dismiss. (ECF No. 47.)

The Court further **ORDERS** that Defendants may re-file a motion to dismiss the State's amended complaint if they believe that such a motion is appropriate, **provided that such motion shall be filed by <u>March 23, 2026</u>**. Similarly, the parties may file such motions or stipulations regarding discovery, sealed exhibits, supplemental authorities, etc. as the parties deem proper and appropriate.

**SO ORDERED.**

Dated: March 10, 2026                                **s/Jonathan J.C. Grey**
                                                                  Jonathan J.C. Grey

3

United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 10, 2026.

s/ S. Osorio
Sandra Osorio
Case Manager

5