# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

THE PEOPLE OF THE STATE
OF MICHIGAN,

Plaintiff,

-against-

EXPRESS SCRIPTS, INC.;
EVERNORTH HEALTH, INC.,
formerly known as Express
Scripts Holding Company; and
PRIME THERAPEUTICS LLC,

Defendants.

2:25-cv-11215-JJCG-KGA

Hon. Jonathan J.C. Grey

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL AN EXHIBIT TO THEIR MOTION TO DISMISS

For the reasons set forth in the accompanying Brief, pursuant to the

Stipulated Protective Order ("Protective Order") entered in the above captioned

matter (ECF No. 24) and Local Rule 5.3(b), Defendants Express Scripts, Inc.

("ESI"), Evernorth Health, Inc., and Prime Therapeutics, LLC ("Prime")

(collectively, "Defendants"), by and through their undersigned counsel,

respectfully move this Court for leave to file under seal (1) an exhibit to their

Motion to Dismiss ("Motion"), and (2) an unredacted version of the Motion that

includes reference to that Exhibit, as well as an unredacted version of any reply in

support of the Motion that includes reference to that Exhibit, and (3) to maintain

under seal the briefing on Defendants' previously filed motion to dismiss (ECF Nos. 38, 37, 44).[1]  Defendants will publicly file a redacted version of the Motion and any reply in support of the Motion, and have already publicly filed a redacted version of the reply in support of the previous motion to dismiss. (ECF No. 43.)

In a meet and confer via video conference on March 20, 2026, Defendants sought concurrence from Plaintiff prior to filing this motion and the State subsequently informed Defendants that it did not oppose this motion.

A [Proposed] Order will be submitted directly to the Court for the Court's review and approval.

Dated:  March 23, 2026               Respectfully submitted,

                                     /s/ *Timothy G. Cameron*
                                     Timothy G. Cameron
                                     Andrew C. Finch
                                     Michael J. Zaken
                                     **CRAVATH, SWAINE & MOORE LLP**
                                     Two Manhattan West
                                     375 Ninth Avenue
                                     New York, NY 10001
                                     Telephone: (212) 474-1000
                                     tcameron@cravath.com

---

[1] Defendants' prior motion for leave to file under seal (ECF No. 26) was denied without prejudice when the Court granted the State leave to file an amended complaint (ECF No. 52), but the Court ordered that the parties may "file such motions or stipulations regarding…sealed exhibits…as proper and appropriate." (*Id.*)  The Court granted the State's motion for leave to provisionally file under seal portions of their opposition to Defendants' Motion to Dismiss that referred to Exhibit A.  (ECF No. 35.)

afinch@cravath.com
mzaken@cravath.com

Scott T. Seabolt (P55890)
**HICKEY HAUCK BISHOFF**
**JEFFERS & SEABOLT, PLLC**
706 South Main Street
Plymouth, MI 48170
(734) 544-5525
sseabolt@hhbjs.com

*Counsel for Defendant Prime*
*Therapeutics LLC*

/s/ *Meghan McCaffrey* (with permission)
Howard B. Iwrey (P39635)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0700
hiwrey@dykema.com

Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
2723 South State Street, Suite 400
Ann Arbor, MI 48104
(734) 214-7655
crockey@dykema.com

Mike Bonanno
Meghan McCaffrey
Alec Levy
Michael Sebring
**QUINN EMANUEL URQUHART &**
**SULLIVAN LLP**
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000

3

mikebonanno@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
aleclevy@quinnemanuel.com
michaelsebring@quinnemanuel.com

*Counsel for Defendants Express Scripts,*
*Inc. and Evernorth Health, Inc.*

4

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>                              Plaintiff,<br><br>            -against-<br><br>EXPRESS SCRIPTS, INC.;<br>EVERNORTH HEALTH, INC.,<br>formerly known as Express<br>Scripts Holding Company; and<br>PRIME THERAPEUTICS LLC,<br>                              Defendants. | 2:25-cv-11215-JJCG-KGA<br><br>Hon. Jonathan J.C. Grey |

**BRIEF IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL AN EXHIBIT TO THEIR MOTION TO DISMISS**

Defendants Express Scripts, Inc. ("ESI"), Evernorth Health, Inc., and Prime Therapeutics, LLC ("Prime") (collectively, "Defendants") will file a Motion to Dismiss on March 23, 2026.  Defendants intend to attach as an exhibit to that Motion the December 19, 2019 contract between Prime and Express Scripts, Inc. titled "Pharmacy Benefits Management Services Subcontract Agreement," ("Subcontract") with amendment thereto.  This is the agreement at issue in the State's Amended Complaint.  It is being submitted with this Brief, under seal, as Exhibit A.  An unredacted copy of the Motion to Dismiss is being submitted with this Brief, as Exhibit B.

5

Defendants have designated the Subcontract as "Highly Confidential Information - AEO".  Pursuant to the Protective Order (ECF No. 24 at 29) and Local Rule 5.3(b), Defendants move to file the Subcontract, and an unredacted version of the Motion to Dismiss, and any reply in support of the Motion, that discusses that Subcontract, under seal.  Defendants will publicly file a redacted version of the Motion to Dismiss and any reply in support.  Local Rule 5.3(b)(2) states that when sealing items is not authorized by statute, a party's request to seal such a document must be "narrowly tailored."  As Exhibit A contains a large volume of confidential and sensitive business information, sealing the entirety of the exhibit is necessary to prevent the public disclosure of that information.  In addition, redacting portions of the Motion to Dismiss, and any reply in support, that quote or discuss confidential aspects of Exhibit A is necessary to prevent the public disclosure of that information.  For the same reasons, Defendants filed a redacted version of the reply in support of their prior Motion to Dismiss that redacted portions of the brief that quote or discuss confidential aspects of Exhibit A.  (ECF No. 43.)  Because Defendants' prior motion for leave to file under seal (ECF No. 26) was denied without prejudice when the Court granted the State leave to file an amended complaint (ECF No. 52), Defendants seek to maintain under seal all briefing on their previously filed Motion to Dismiss.  Defendants request the Court maintain under seal both the State's unredacted opposition to

Defendants' Motion to Dismiss (ECF No. 37) and Defendants' previously filed unredacted reply (ECF No. 44), consistent with the Court's order stating that Defendants may "file such motions or stipulations regarding…sealed exhibits…as proper and appropriate." (ECF No. 52.)

Although the public right of access to trials is well established, *see, e.g.*, *Brown & Williamson Tobacco Corp. v. F.T.C.,* 710 F.2d 1165, 1179 (6th Cir. 1983), the right of access to litigation materials "is not absolute." *Id.*  Courts may limit access to proceedings to protect privacy rights of participants and third parties, as well as trade secrets. *Id.*  The determination on a motion for leave to file under seal is left to the sound discretion of the district court. *Meyer Goldberg, Inc. v. Fisher Foods, Inc.,* 823 F.2d 159, 161 (6th Cir. 1987).

Courts in this circuit regularly grant motions to seal documents containing sensitive business information, particularly at early stages in the litigation. *See, e.g.*, *Bollinger v. Bollinger Motors, Inc.*, No. 2:25-CV-10790, 2025 WL 1293353, at *2-3 (E.D. Mich. May 5, 2025); *In re Chrysler Pacifica Fire Recall Prods. Liab. Litig.*, No. 22-3040, 2024 WL 4581119, at *2 (E.D. Mich. June 17, 2024).  This court has recently granted several similar requests. *See, e.g.*, Order Granting Defendant's Motion for Leave to File Under Seal Certain Exhibits to its Opposition to Plaintiffs' Motion for Leave to Take Additional Depositions, *Blue Cross Blue Shield of Mich. Mut. Ins. Co. et al. v. Express Scripts, Inc.*, 2:23-cv-

11213 (E.D. Mich. Mar. 6, 2025), ECF No. 79; Order Granting Defendants' Unopposed Motion for Leave to File [Certain Exhibits to its Motion to Dismiss] Under Seal, *Vitamin Energy, Inc. v. Bhargava et al.*, 2:24-cv-13125 (E.D. Mich. Feb. 10, 2025), ECF No. 18.

Exhibit A memorializes confidential and non-public terms of a pharmacy benefits management services subcontract agreement between Prime and ESI that includes competitively sensitive information about pharmacy networks, as well as detailed descriptions of Defendants' operations and business processes, performance and performance standards, financial information, and customers. Exhibit A also contains information that affects a number of non-party privacy interests, such as details of pharmacy financial information. These pharmacies have a significant interest in keeping, and indeed are even obligated to keep, this information confidential. Because the exhibit includes sensitive confidential business information, Defendants, as well as third parties, will suffer clearly defined and serious injury if the exhibit is not sealed, and all of the information contained therein is revealed to the public and competitors.

For the reasons set forth above, Defendants respectfully request that the Court grant their unopposed Motion for Leave to File Under Seal.

Dated: March 23, 2026          Respectfully submitted,

/s/ *Timothy G. Cameron*
Timothy G. Cameron
Andrew C. Finch
Michael J. Zaken
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
tcameron@cravath.com
afinch@cravath.com
mzaken@cravath.com

Scott T. Seabolt (P55890)
**HICKEY HAUCK BISHOFF**
**JEFFERS & SEABOLT, PLLC**
706 South Main Street
Plymouth, MI 48170
(734) 544-5525
sseabolt@hhbjs.com

*Counsel for Defendant Prime
Therapeutics LLC*

/s/ *Meghan McCaffrey* (with permission)
Howard B. Iwrey (P39635)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0700
hiwrey@dykema.com

Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
2723 South State Street, Suite 400
Ann Arbor, MI 48104
(734) 214-7655
crockey@dykema.com

9

Mike Bonanno
Meghan McCaffrey
Alec Levy
Michael Sebring
**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
mikebonanno@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
aleclevy@quinnemanuel.com
michaelsebring@quinnemanuel.com

*Counsel for Defendants Express Scripts,
Inc. and Evernorth Health, Inc.*