# Exhibit 1

# Document Withheld Pending Ruling on Defendants' Motion for Leave to File Under Seal (ECF No. 55)