## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

THE PEOPLE OF THE STATE
OF MICHIGAN,

                    Plaintiff,

    v.

EXPRESS SCRIPTS, INC., *et al.*,

                  Defendants.

Case No. 25-11215-JJCG-KGA

Hon. Jonathan J.C. Grey

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL AN EXHIBIT TO THEIR MOTION TO DISMISS (ECF No. 55)

Having reviewed and considered Defendants Prime Therapeutics LLC's, Express Scripts, Inc.'s and Evernorth Health, Inc.'s (collectively, "defendants") unopposed motion to file under seal an exhibit to their motion to dismiss and to redact related references to the exhibit in their motion (ECF No. 55), the Court **GRANTS** the motion.

**IT IS HEREBY ORDERED** that:

1.    Defendants shall file under seal the Pharmacy Benefits Management Services Subcontract Agreement between Prime Therapeutics LLC and Express Scripts, Inc., dated December 19, 2019,

and amendment thereto, as an exhibit to their motion to dismiss; and

2.    Defendants shall redact any confidential and competitively sensitive information from the sealed exhibit that appears in the publicly filed version of their motion to dismiss.

**SO ORDERED.**

**s/ Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

Dated:  April 1, 2026

2

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 1, 2026.

s/ S. Osorio
Sandra Osorio
Case Manager

3