**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| THE STATE OF MICHIGAN, | Case No. 2:25-cv-11215-JJCG-KGA |
| *Plaintiff,* | |
| *v.* | Hon. Jonathan J.C. Grey |
| EXPRESS SCRIPTS, INC.; EVERNORTH HEALTH, INC., formerly known as Express Scripts Holding Company; and PRIME THERAPEUTICS LLC, | Hon. Kimberly G. Altman |
| *Defendants.* | |

**THE STATE OF MICHIGAN'S MOTION FOR LEAVE TO PROVISIONALLY FILE UNDER SEAL PORTIONS OF THEIR MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to the Stipulated Protective Order ("Protective Order") entered in the above captioned matter, ECF No. 24 at 29-30, and Local Rule 5.3(b), Plaintiff, the Attorney General of Michigan (the "State"), acting on behalf of the People by and through their undersigned counsel, respectfully moves this Court for leave to provisionally file under seal an unredacted version of its Memorandum of Law in Opposition to Defendants' Motion to Dismiss ("Memorandum"). The State will publicly file a redacted version of its Memorandum.

1

A [Proposed] Order will be submitted directly to the Court for the court's review and approval.

Respectfully submitted,

*/s/ Natasha J. Fernández-Silber*
Natasha J. Fernández-Silber* (P83334)
**EDELSON PC**
200 South 1st Street
Ann Arbor, MI 48104
Tel: (312) 589-6370
nfernandezsilber@edelson.com
*Admitted in New York and Michigan only

*Special Acting Attorney General*
*for the State of Michigan*

*/s/  Jonathan S. Comish*
Jonathan S. Comish (P86211)
**MICHIGAN DEPARTMENT OF**
**ATTORNEY GENERAL**
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Tel: (517) 335-7632
comishj@michigan.gov

*Assistant Attorney General for the State of*
*Michigan*

2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE STATE OF MICHIGAN, <br><br> *Plaintiff,* <br><br> *v.* <br><br> EXPRESS SCRIPTS, INC.; EVERNORTH HEALTH, INC., formerly known as Express Scripts Holding Company; and PRIME THERAPEUTICS LLC, <br><br> *Defendants.* | Case No. 2:25-cv-11215-JJCG-KGA <br><br> Hon. Jonathan J.C. Grey <br><br> Hon. Kimberly G. Altman |

## BRIEF IN SUPPORT OF THE STATE OF MICHIGAN'S MOTION FOR LEAVE TO PROVISIONALLY FILE UNDER SEAL PORTIONS OF THEIR MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff, the Attorney General of Michigan (the "State"), acting on behalf of the People will be filing its Memorandum in Opposition to Defendants' Motion to Dismiss ("Memorandum") on April 13, 2026.

In its Memorandum, the State quotes and refers to a document that Defendants filed under seal in support of their Motion to Dismiss and designated "Highly Confidential" pursuant to the Protective Order. *See* ECF No. 60. In accordance with the Protective Order, should the Defendants choose to maintain the sealing, they

1

shall file a motion within fourteen days requesting the Court's permission to do so.

*See* ECF No. 24 at 30.

For the reasons set forth above, the State respectfully requests that the Court grant its Motion for Leave to File Under Seal.


Respectfully submitted,

*/s/ Natasha J. Fernández-Silber*
Natasha J. Fernández-Silber* (P83334)
**EDELSON PC**
200 South 1st Street
Ann Arbor, MI 48104
Tel: (312) 589-6370
nfernandezsilber@edelson.com
*Admitted in New York and Michigan only

*Special Acting Attorney General*
*for the State of Michigan*

*/s/ Jonathan S. Comish*
Jonathan S. Comish (P86211)
**MICHIGAN DEPARTMENT OF**
**ATTORNEY GENERAL**
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
Tel: (517) 335-7632
comishj@michigan.gov

*Assistant Attorney General for the*
*State of Michigan*