# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

THE PEOPLE OF THE STATE
OF MICHIGAN,

                    Plaintiff,          Case No. 2:25-cv-11215

         v.
                                        Hon. Jonathan J.C. Grey
EXPRESS SCRIPTS, INC., *et al.*,

                    Defendants.

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS (ECF No. 72)

Having reviewed and considered the motion of Defendants Prime Therapeutics LLC, Express Scripts, Inc., and Evernorth Health, Inc. (collectively, "defendants") to redact references in their reply brief in support of their motion to dismiss to the Pharmacy Benefits Management Services Subcontract Agreement between Prime Therapeutics LLC and Express Scripts, Inc., dated December 19, 2019, and amendment thereto (the "Subcontract") which was filed under seal (*see* ECF No. 60), the Court hereby **GRANTS** the motion. (ECF No. 72.)

**IT IS HEREBY ORDERED** that defendants shall redact any

confidential and competitively sensitive information from the Subcontract that appears in the publicly filed version of their reply brief in support of their motion to dismiss.

**SO ORDERED.**

<u>**s/ Jonathan J.C. Grey**</u>
Jonathan J.C. Grey
United States District Judge

Dated:  April 28, 2026

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 28, 2026.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager