**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THE PEOPLE OF THE STATE
OF MICHIGAN,

                                  Plaintiff,

              -against-

EXPRESS SCRIPTS, INC.;
EVERNORTH HEALTH, INC.,
formerly known as Express
Scripts Holding Company; and
PRIME THERAPEUTICS LLC,

                               Defendants.

2:25-cv-11215-JJCG-KGA

Hon. Jonathan J.C. Grey

## DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL PORTIONS OF THE STATE'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

For the reasons set forth in the accompanying Brief, pursuant to the Stipulated Protective Order ("Protective Order") entered in the above captioned matter (ECF No. 24), the Court's Order granting the State's motion for leave to file provisionally under seal portions of its memorandum of law in opposition to Defendants' Motion to Dismiss (ECF No. 64), and Local Rule 5.3(b), Defendants Express Scripts, Inc. ("ESI"), Evernorth Health, Inc., and Prime Therapeutics LLC ("Prime"), by and through their undersigned counsel, respectfully move this Court to maintain under seal the unredacted version of the State's Opposition. (ECF No. 65.)

A [Proposed] Order will be submitted directly to the Court for the Court's review and approval.

Dated:  April 28, 2026                    Respectfully submitted,

/s/ *Timothy G. Cameron*
Timothy G. Cameron
Andrew C. Finch
Michael J. Zaken
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
tcameron@cravath.com
afinch@cravath.com
mzaken@cravath.com

Scott T. Seabolt (P55890)
**HICKEY HAUCK BISHOFF**
**JEFFERS & SEABOLT, PLLC**
706 South Main Street
Plymouth, MI 48170
(734) 544-5525
sseabolt@hhbjs.com

*Counsel for Defendant Prime*
*Therapeutics LLC*

2

/s/ *Meghan McCaffrey* (with permission)
Howard B. Iwrey (P39635)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0700
hiwrey@dykema.com

Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
2723 South State Street, Suite 400
Ann Arbor, MI 48104
(734) 214-7655
crockey@dykema.com

Mike Bonanno
Meghan McCaffrey
Alec Levy
Michael Sebring
**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
mikebonanno@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
aleclevy@quinnemanuel.com
michaelsebring@quinnemanuel.com

*Counsel for Defendants Express Scripts,
Inc. and Evernorth Health, Inc.*

3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| THE PEOPLE OF THE STATE<br>OF MICHIGAN,<br><br>                                 Plaintiff,<br><br>         -against-<br><br>EXPRESS SCRIPTS, INC.;<br>EVERNORTH HEALTH, INC.,<br>formerly known as Express<br>Scripts Holding Company; and<br>PRIME THERAPEUTICS LLC,<br>                            Defendants. | 2:25-cv-11215-JJCG-KGA<br><br>Hon. Jonathan J.C. Grey |

### BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL PORTIONS OF THE STATE'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

The Court previously granted Defendants' unopposed motion to file under seal the Pharmacy Benefits Management Services Subcontract Agreement ("Subcontract") between Express Scripts, Inc. ("ESI") and Prime Therapeutics LLC ("Prime") as an exhibit to their Motion to Dismiss and to redact related references to the Subcontract in their motion.  (ECF No. 60.)  The State's memorandum of law in opposition to Defendants' Motion to Dismiss contains various quotations of provisions of the Subcontract as well as references to the contents of the Subcontract.  (ECF Nos. 65 at 2, 9-10, 12, 18.)  The Court granted the State's motion for leave to provisionally file under seal portions of their

4

memorandum of law in opposition to Defendants' Motion to Dismiss.  (ECF No. 68.)  The Court ordered "that if [D]efendants seek to maintain the filing under seal, they shall, within fourteen days, file a motion to do so."  (*Id.*)  Defendants respectfully move this Court to maintain under seal the State's unredacted memorandum of law in opposition to their Motion to Dismiss.

Defendants have designated the Subcontract as "Highly Confidential Information - AEO."  As set out in Defendant's motion to seal (ECF No. 55), the Subcontract contains a large volume of confidential and sensitive business information.  And this Court has granted Defendants' unopposed motion to seal the Subcontract as an exhibit to their Motion to Dismiss, as well as references to the Subcontract in their memorandum of law in support of that Motion.  (ECF No. 60.)  Redacting portions of the State's memorandum of law in opposition that quote or discuss confidential aspects of the Subcontract is consistent with that previous Order and necessary to prevent the public disclosure of that sensitive information.  Courts in this Circuit regularly grant motions to seal documents containing sensitive business information, particularly at early stages in the litigation.  *See, e.g.*, *Bollinger v. Bollinger Motors, Inc.*, No. 2:25-CV-10790, 2025 WL 1293353, at *2-3 (E.D. Mich. May 5, 2025); *In re Chrysler Pacifica Fire Recall Prods. Liab. Litig.*, No. 22-3040, 2024 WL 4581119, at *2 (E.D. Mich. June 17, 2024).

The State's memorandum of law in opposition quotes confidential terms of the Subcontract that reveal competitively sensitive information, including terms related to reimbursements to pharmacies. These references to the Subcontract's provisions contain information that affects a number of non-party privacy interests, such as details of pharmacy financial information. These pharmacies have a significant interest in keeping, and indeed are even obligated to keep, this information confidential. Because the State's opposition includes sensitive confidential business information, Defendants, as well as third parties, will suffer clearly defined and serious injury if the redacted portions of the State's opposition are not maintained under sealed, and the confidential terms quoted therein are revealed to the public and competitors.

For the reasons set forth above, Defendants respectfully request that the Court maintain under seal the State's unreacted memorandum of law in opposition to their Motion to Dismiss.

Dated:  April 28, 2026           Respectfully submitted,

                                 /s/ *Timothy G. Cameron*
                                 Timothy G. Cameron
                                 Andrew C. Finch
                                 Michael J. Zaken
                                 **CRAVATH, SWAINE & MOORE LLP**
                                 Two Manhattan West

375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
tcameron@cravath.com
afinch@cravath.com
mzaken@cravath.com

Scott T. Seabolt (P55890)
**HICKEY HAUCK BISHOFF**
**JEFFERS & SEABOLT, PLLC**
706 South Main Street
Plymouth, MI 48170
(734) 544-5525
sseabolt@hhbjs.com

*Counsel for Defendant Prime*
*Therapeutics LLC*

/s/ *Meghan McCaffrey* (with permission)
Howard B. Iwrey (P39635)
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0700
hiwrey@dykema.com

Cody D. Rockey (P78653)
**DYKEMA GOSSETT PLLC**
2723 South State Street, Suite 400
Ann Arbor, MI 48104
(734) 214-7655
crockey@dykema.com

Mike Bonanno
Meghan McCaffrey
Alec Levy
Michael Sebring
**QUINN EMANUEL URQUHART &**
**SULLIVAN LLP**
1300 I Street NW, Suite 900

7

Washington, D.C. 20005
Tel: (202) 538-8000
mikebonanno@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
aleclevy@quinnemanuel.com
michaelsebring@quinnemanuel.com

*Counsel for Defendants Express Scripts, Inc. and Evernorth Health, Inc.*

8