**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THE PEOPLE OF THE STATE
OF MICHIGAN,

                    Plaintiff,

      v.

EXPRESS SCRIPTS, INC., *et al.*,

                 Defendants.

Case No. 2:25-cv-11215

Hon. Jonathan J.C. Grey

**ORDER GRANTING DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL PORTIONS OF THE STATE'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (ECF No. 78)**

Having reviewed and considered the motion of Defendants Prime Therapeutics LLC, Express Scripts, Inc. and Evernorth Health, Inc. (collectively, "Defendants") to redact references in the State's brief in opposition to their motion to dismiss to the Pharmacy Benefits Management Services Subcontract Agreement between Prime Therapeutics LLC and Express Scripts, Inc., dated December 19, 2019, and amendment thereto (the "Subcontract") which was provisionally filed under seal (*see* ECF Nos. 64, 68), the Court hereby **GRANTS** the motion. (ECF No. 78.)

**IT IS HEREBY ORDERED** that the confidential and competitively sensitive information from the Subcontract that is currently redacted in the publicly filed version of the State's brief in opposition to defendants' motion to dismiss shall remain redacted.

**SO ORDERED.**

<u>**s/ Jonathan J.C. Grey**</u>
Jonathan J.C. Grey
United States District Judge

Dated:  April 29, 2026

<u>**Certificate of Service**</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 29, 2026.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager

3