**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

THE PEOPLE OF THE STATE
OF MICHIGAN,

               Plaintiff,

   v.

EXPRESS SCRIPTS, INC., *et al.*,

             Defendants.

Case No. 2:25-cv-11215

Hon. Jonathan J.C. Grey

## ORDER GRANTING THE STATE'S MOTION TO SEEK LEAVE TO FILE A SUR-REPLY IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (ECF No. 81)

For the reasons set forth in the State of Michigan's motion for leave to file a sur-reply in support of its opposition to defendants' motion to dismiss (ECF No. 81), the Court **GRANTS** the motion.

**IT IS FURTHER ORDERED** that the State shall file its sur-reply, in the form previously submitted (*see* ECF No. 81, PageID.3649–3652), by **May 21, 2026**.

**SO ORDERED.**

Dated: May 14, 2026

**s/ Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

## <u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 14, 2026.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager

2