**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXPRESS SCRIPTS, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 2:25-cv-11215-JJCG-KGA<br><br>Hon. Jonathan J.C. Grey |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, and David Z. Gringer, Sonal N. Mehta, and Thomas K. Bredar, and the law firm of Dorsey & Whitney LLP, and Jaime Stilson and Nathan J. Ebnet, are hereby substituted for the law firm of Cravath, Swaine & Moore LLP, and Timothy G. Cameron, Andrew C. Finch and Michael J. Zaken, as co-counsel of record on behalf of Defendant Prime Therapeutics LLC.  The law firm of Hickey Hauck Bishoff Jeffers & Seabolt, PLLC, and Scott T. Seabolt and Benjamin I. Shipper, shall continue as co-counsel of record on behalf of Defendant Prime Therapeutics LLC. Copies of all papers filed in this case after this date should be served upon David Z. Gringer, Sonal N. Mehta, and Thomas K. Bredar of Wilmer Cutler Pickering Hale and Dorr LLP, Jaime Stilson and Nathan J. Ebnet of Dorsey & Whitney LLP, and

Scott T. Seabolt and Benjamin I. Shipper of Hickey Hauck Bishoff Jeffers & Seabolt, PLLC.

A [Proposed] Order will be submitted directly to the Court for the Court's review and approval.

Dated: May 20, 2026

Respectfully submitted,

*/s/ David Z. Gringer*
David Z. Gringer
Thomas K. Bredar
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
david.gringer@wilmerhale.com
thomas.bredar@wilmerhale.com

Sonal N. Mehta
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
sonal.mehta@wilmerhale.com

Jaime Stilson
Nathan J. Ebnet
**DORSEY & WHITNEY LLP**
50 South Street
Suite 1500
Minneapolis, MN 55402
stilson.jaime@dorsey.com
ebnet.nathan@dorsey.com

*/s/ Timothy G. Cameron*
Timothy G. Cameron
Andrew C. Finch
Michael J. Zaken
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
tcameron@cravath.com
afinch@cravath.com
mzaken@cravath.com

*Former Co-Counsel for Defendant Prime Therapeutics LLC*

2

*/s/ Benjamin I. Shipper*
Scott T. Seabolt (P55890)
Benjamin I. Shipper (P77558)
**HICKEY HAUCK BISHOFF JEFFERS**
**& SEABOLT, PLLC**
706 South Main Street
Plymouth, MI 48170
Telephone: (734) 544-5525
sseabolt@hhbjs.com
bshipper@hhbjs.com

*Co-Counsel for Defendant Prime*
*Therapeutics LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System on this 20th day of May, 2026.

/s/ Timothy G. Cameron
Timothy G. Cameron

4