**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN, <br><br>       Plaintiff, <br>   v. <br><br> EXPRESS SCRIPTS, INC., *et al.*, <br><br>       Defendants. | Case No. 2:25-cv-11215 <br><br> Hon. Jonathan J.C. Grey |

## ORDER GRANTING SUBSTITUTION OF COUNSEL

**IT IS HEREBY ORDERED** that, pursuant to Local Rule 83.25(b)(2), the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, and David Z. Gringer, Sonal N. Mehta, and Thomas K. Bredar, and the law firm of Dorsey & Whitney LLP, and Jaime Stilson and Nathan J. Ebnet, are hereby substituted for the law firm of Cravath, Swaine & Moore LLP, and Timothy G. Cameron, Andrew C. Finch and Michael J. Zaken, as co-counsel of record on behalf of Defendant Prime Therapeutics LLC ("Prime"). The law firm of Hickey Hauck Bishoff Jeffers & Seabolt, PLLC, and Scott T. Seabolt and Benjamin I. Shipper, shall continue as co-counsel of record on behalf of Prime.

**IT IS FURTHER ORDERED** that copies of all future pleadings, notices, correspondence, and papers filed in this case after this date should be served upon David Z. Gringer, Sonal N. Mehta, and Thomas K. Bredar of Wilmer Cutler Pickering Hale and Dorr LLP; Jaime Stilson and Nathan J. Ebnet of Dorsey & Whitney LLP; and Scott T. Seabolt and Benjamin I. Shipper of Hickey Hauck Bishoff Jeffers & Seabolt, PLLC.

**SO ORDERED.**

<u>**s/ Jonathan J.C. Grey**</u>
Jonathan J.C. Grey
United States District Judge

Dated:  May 20, 2026

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 20, 2026.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager

3