UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

THE PEOPLE OF THE STATE
OF MICHIGAN                    ,

                Plaintiff(s),

Case No.  2:25-cv-11215-JJCG-KGA

HONORABLE  Jonathan J.C. Grey

v.

EXPRESS SCRIPTS, INC., et al.

                Defendant(s).

_____/

## STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4:

National Community Pharmacists Association                    (party name),

who is a (check one) ☐ PLAINTIFF ☐ DEFENDANT ☒ OTHER:
Proposed Intervenor makes the following disclosure: [1]

## PART I – CITIZENSHIP

☐ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

_____

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

☐ This party is a corporation incorporated in the State of _____ and with a principal place of business in the State of _____.

☒ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

The National Community Pharmacist Association is a 501(c)(3) nonprofit organization

based in Alexandria, Virginia.

_____

☐ This party is a trust.

If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

_____

_____

_____

## PART II – FINANCIAL AFFILIATIONS

☐ None of the entries below applies to this party.
☐ This party has one or more parent entities.
       If so, identify all parent entities.

_____

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

_____

_____

☐ This party has one or more subsidiaries.

　　　If so, identify all subsidiaries.

_____

_____

_____

☒ This party has one or more affiliates.

　　　If so, identify all affiliates.

NCPA Innovation Center;  NCPA Innovation Center Services; NCPA Enterprises, LLC;

Protecting Access to Retail Pharmacy, LLC; CPV

_____

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.

　　　If so, identify all such owners.

_____

_____

_____

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.

　　　If so, identify each such entity's financial interest in the litigation.

_____

_____

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

Signature: *s/ Katherine Van Dyck*

Printed Name: Katherine Van Dyck

Bar Number: _____

Firm Name: KVD Strategies PLLC

Address: 1717 N Street NW, Suite 1

City, State, Zip Code: Washington, DC 20036

Phone/Fax: (202) 798-1948

Email Address: katie@kvdstrategies.com

Date: June 24, 2026